NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen M. Doniger, Esq.
Scott A. Burroughs, Esq.
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 90291
(310) 590-1820

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WONGAB CORPORATION | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| URBAN OUTFITTERS, INC.; et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ____Plaintiff____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| WONGAB CORPORATION | PLAINTIFF |
| URBAN OUTFITTERS, INC. | DEFENDANT |
| 4.COLLECTIVE, LLC | DEFENDANT |
| SALT & PEPPER CLOTHING, INC. | DEFENDANT |
| WESTON WEAR, INC. | DEFENDANT |

August 11, 2017
Date

/s/ Scott A. Burroughs
Signature

Attorney of record for (or name of party appearing in pro per):

Scott A. Burroughs, Esq.- Attorney for Plaintiff

CV-30 (05/13)                                         NOTICE OF INTERESTED PARTIES