

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**KIRY K. GRAY**
Clerk of Court

**To:** Clerk, United States District Court

_Southern_ District of _New York_
_500 Pearl Street, Room 120_
_New York, NY 10007-1312_

**Re:** Transfer of our Civil Case No. _CV 17-05996 FMO (PLAx)_
Case Title: _Wongab Corporation v. Urban Outfitters, Inc., et al.,_

Dear Sir/Madam:

**An order having been made** ✓ **transferring** the claims against 4. Collective, LLC and Urban Outfitters, Inc., related to "PCM-2299-D165" and Accused Product A" the above-numbered case to your district, we are transmitting herewith our file:

☐ Original case file documents are enclosed in paper format.

✓ Electronic documents are accessible through Pacer.

✓ Other: Mailed certified copy Order with civil docket sheet to USDC, Southern District of New York

Very truly yours,

Clerk, U.S. District Court

Date: _November 20, 2017_    By _/s/ Jenny Lam_
Deputy Clerk

cc:  All counsel of record

=====================================================================
**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number assigned in your district:**

✓ CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____    By _____
Deputy Clerk

CV-22 (10/15)    **TRANSMITTAL LETTER - CIVIL OR MDL CASE TRANSFER OUT**