**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WONGAB CORPORATION, a Korean Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS, INC., a Pennsylvania corporation; SALT & PEPPER CLOTHING, INC, a California corporation; WESTON WEAR, INC., a California corporation; and DOES 1-10,<br><br>    Defendants.<br><br>ANTHROPOLOGIE, INC., a Pennsylvania corporation, erroneously sued as URBAN OUTFITTERS, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>WONGAB CORPORATION, a Korean Corporation,<br><br>    Counterclaim Defendant. | CASE NO. 2:17-cv-05996-FMO-PLAx<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER**<br><br><u>*Hon. Fernando M. Olguin Presiding*</u><br><u>*Referred to Hon. Paul L. Abrams*</u> |

# **ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: September 24, 2018

*Paul L. Abrams*

Honorable Paul L. Abrams
United States Magistrate Judge